United States Court of Appeals
Fifth Circuit

**F I L E D**

January 4, 2007

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

No. 05-41453
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

STEVEN DONALD KNEZEK,

Defendant-Appellant.

_____

**Appeal from the United States District Court
for the Southern District of Texas
(5:90-CR-257–1)**

_____

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges

PER CURIAM:[*]

Represented by counsel, Steven Donald Knezek appeals the 21-months term of supervised release imposed by the district court when it revoked his second term of supervised release, contending it is excessive by one month. Knezek fails, however, to provide any legal authority for his assertion (other than citing to a Guidelines handbook), cite the applicable standard of review, or provide adequate supporting citations to the record. Accordingly,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Knezek has inadequately briefed his claim and, therefore, has effectively abandoned it.  *See **Yohey v. Collins***, 985 F.2d 222, 224-25 (5th Cir. 1993); FED. R. APP. P. 28(a)(9).

**AFFIRMED**